IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHARLES DAVID KEEN, Sr., | ) |
| Plaintiffs, | ) No. 6:12-cv-159-HO |
| v. | ) ORDER |
| KENTUCKY FRIED CHICKEN J118003, DANIEL JACKSON, Owner, | ) |
| Defendants. | ) |

Plaintiff brings this action asserting violation of the Americans with Disabilities Act (ADA). Defendants moved to dismiss on April 2, 2012. On April 13, 2012, after denying plaintiff's second request for appointment of counsel, the court noted that plaintiff may seek additional time to respond to the motion to dismiss if necessary. As of April 27, 2012, plaintiff had not responded or sought an extension of time to respond to the motion

1 - ORDER

to dismiss. Accordingly, the court ordered plaintiff to show cause by May 29, 2012, why the case should not be dismissed and warned plaintiff that a failure to respond would result in the motion dismiss being granted.

Plaintiff has not responded to the order to show cause. For the reasons stated in the motion to dismiss, and because plaintiff has failed to prosecute this case, this action is dismissed.

## CONCLUSION

For the reasons stated above, defendants' motion to dismiss (#15) is granted. This action is dismissed.

DATED this _30th_ day of May, 2012.

*Michael R. Hogan*
United States District Judge

2 - ORDER